Elana B. Goodman (*SBN# 0145076*)
Jonathan Gdanski (*SBN# 0032097*)
Jeffrey L. Haberman (*SBN# 0098522*)
**SCHLESINGER LAW OFFICES, PA**
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954-467-8800
Facsimile: 954-320-9509
Email: Jonathan@schlesingerlawoffices.com
JHaberman@schlesingerlaw.com
egoodman@schlesingerlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: LYFT, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:26-md-3171-RFL |
| This Document Relates to: *JANE SL103 v. Lyft, Inc.; 3:26-cv-04201-RFL* | **NOTICE OF WITHDRAWAL OF MOTIONS TO WITHDRAW AS ATTORNEY [DE 8, DE 10, DE 11]** |

PLEASE TAKE NOTICE THAT Plaintiff, JANE SL103, by and through counsel, hereby withdraws the Motion to Withdraw as Attorney [DE 8], filed on August 18, 2026, the Amended Motion to Withdraw as Attorney [DE 10], filed on August 20, 2026, and the Second Motion to Withdraw as Attorney [DE 11], filed on September 08, 2026.

Dated: October 1, 2026

Respectfully submitted,

By: *<u>/s/ Elana B. Goodman</u>*
Elana B. Goodman (*SBN# 0145076*)
Jonathan R. Gdanski (*SBN# 0032097*)
Jeffrey L. Haberman (*SBN# 0098522*)
**SCHLESINGER LAW OFFICES, PA**
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954-467-8800
Facsimile: 954-320-9509
*Counsel for Plaintiff*